UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X
                            :
UNITED STATES OF AMERICA    :
                            :
        - v. -              :
                            :           UNSEALING ORDER
TODD HOWE,                  :              632
        Defendant.          :           16 Cr.    (RMB)
                            :
                            :
- - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Robert L. Boone;

It is found that all documents and filings in the above-captioned action are currently sealed and subject to temporarily delayed docketing, and the United States Attorney's Office has applied to have the documents and filings unsealed and the delay in docket entries lifted as of September 22, 2016 at 8:00 am EST;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/16

IT IS THEREFORE ORDERED that all documents and filings in this action be unsealed and remain unsealed as of September 22, 2016 at 8:00 am EST; and all docket entries be made in the ordinary course, pending further order of the Court.

DATED:   New York, New York
         September 21, 2016



HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK