UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   SEALED ORDER
                                    :
        - v. -                      :   16 Cr. 632 (RMB)
                                    :
TODD HOWE,                          :
                                    :
        Defendant.                  :
                                    :
- - - - - - - - - - - - - - - - - - x

       WHEREAS, an application has been made by the United States of America requesting that (1) the Information and related charging paperwork in this matter remain under seal until further order of the Court; (2) the courtroom be closed for the defendant's waiver of indictment and guilty plea on September 20, 2016; (3) the transcript of the defendant's waiver of indictment and plea be sealed until further order of the Court; and (4) docketing of the Information, related charging paperwork, and the defendant's waiver of indictment and plea be delayed until further order of the Court;

       WHEREAS, the Court finds that active law enforcement investigations and the safety of the defendant and others may be compromised if the Government's application is not granted;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/16

IT IS HEREBY ORDERED that (1) the Information and related charging paperwork in this matter shall be sealed until further order of the Court; (2) the courtroom shall be closed for the defendant's waiver of indictment and plea; (3) the transcript of the defendant's waiver of indictment and plea shall be sealed until further order of the Court; and (4) the docketing of the Information, related charging paperwork, the defendant's waiver of indictment and plea, and the transcript of the defendant's waiver of indictment and plea be delayed until further order of the Court;

IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court; and

IT IS FURTHER ORDERED that the Government shall report to the Court within 60 days regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated: New York, New York
       September 20, 2016

_____
HON. RICHARD M. BERMAN
United States District Judge
Southern District of New York

2