IH-29

SEALED

# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA
 -vs-

Date: 9/20/16
Docket No: 16 cr

Todd Howe

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:

AUSA Robert Boone

FOR THE DEFENDANT(S):

Richard Morvillo

BAIL DISPOSITION:

$100,000 PRB to be cosigned by Defendant's wife within one week
surrender passport within 48 hours + no new applications for travel documents
travel restricted to SDNY, EDNY, District of Columbia (with travel in between)
regular pretrial supervision.
travel restrictions may be modified only with prior approval of AUSA + Court.

SIGNED BY: Richard M. Berman, U.S.D.J.
9/20/16

PSA OFFICER: _____
INTERPRETER: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/16

PART I – TO MAGISTRATE CLERK'S OFFICE