UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

v. : 16 CRIM 632

TODD HOWE, : 16 Cr. ___ (RMB)

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349, 1951, 1343, 371, and 2, and Title 26, United States Code, Section 7201, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/16

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
September 20, 2016

0202